UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:07-CR-45 |
| | ) | |
| JASON CRAIN | ) | |

## **O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. Neither the defendant, nor the government, has filed objections to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 38], it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and the defendant's motion to suppress is DENIED. [Doc. 22]

ENTER:

                                                    s/J. RONNIE GREER
                                     UNITED STATES DISTRICT JUDGE